

# Missouri Court of Appeals
## Southern District

## JANUARY 21, 2015

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1. Case No.  SD33229

   Re:  CHARLES E. CHAMBERS,
        Movant-Appellant,
        vs.
        STATE OF MISSOURI,
        Respondent-Respondent.

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1. Case No.  SD33248

   Re:  STATE OF MISSOURI,
        Plaintiff-Respondent,
        v.
        ANGELA PLIEMLING,
        Defendant-Appellant.